IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOGA CANCA<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.<br>   and<br>AMAZON.COM. DEDC, LLC.<br><br>        Defendants. | **STIPULATION OF DISMISSAL**<br><br>No.: 20-1518-RRM-LB<br><br>Civil Action |

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys for the parties, that no party being an infant, incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of the action, this action is dismissed and discontinued with prejudice and without costs as to either party.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be filed in counterparts, and that facsimile or photocopy signatures shall be deemed acceptable and treated as originals.

| | |
|---|---|
| */s/ Adam C. Lease*_____<br>Adam C. Lease<br>Karpf, Karpf & Cerutti, P.C.<br>3331 Street Road, Suite 128<br>Bensalem, PA 19020<br>(215) 639-0801<br>*Attorneys for Plaintiff* | */s/ Gabrielle F. Levin*_____<br>Gabrielle F. Levin<br>Gibson, Dunn and Crutcher LLP<br>200 Park Avenue, 48th Floor<br>New York, NY 10166<br>(212) 351-3901<br>*Attorneys for Defendants* |

APPROVED and SO ORDERED:

_____
Hon. Roslynn R. Mauskopf, U.S.D.J.